AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**Jose Antonio Solis**

**V.**                                                    **JUDGMENT IN A CIVIL CASE**

**United States of America**

**CASE NUMBER:**   10cv1595-W(WVG)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court denies without prejudice the Petition for Writ of Habeas Corpus and Motion to Consolidate Supervised Release. The Clerk of the Court shall close the District Court case file....................................

.............................................................................................................................................................

| September 21, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee

(By) Deputy Clerk

ENTERED ON September 21, 2010